IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 4:24-cv-58

| | |
|---|---|
| JOSEPH SAWYER, on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EASTERN RADIOLOGISTS, INC. )<br>)<br>Defendant. ) | NOTICE OF APPEARANCE OF KARL S. GWALTNEY AS LOCAL CIVIL RULE 83.1(d) COUNSEL FOR PLAINTIFF |

NOW COMES Karl S. Gwaltney, of Maginnis Howard, who is admitted to practice in this Court, and hereby makes this entry of appearance as Local Civil Rule 83.1(d) counsel of record for Joseph Sawyer and requests to be sent all further notices, rosters, or other court documents electronically.

This the 28th day of March, 2024.

                                                MAGINNIS HOWARD
                                              *Counsel for Plaintiff*

                                              /s/ *Karl S. Gwaltney*
                                              KARL S. GWALTNEY
                                              N.C. State Bar No. 45118
                                              7706 Six Forks Road, Suite 101
                                              Raleigh, North Carolina 27615
                                              Telephone: 919-526-0450
                                              Fax: 919-882-8763
                                              kgwaltney@maginnishoward.com
                                              **Local Civil Rule 83.1(d) Counsel for Plaintiff**

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2024, the foregoing Notice of Appearance of Karl S. Gwaltney was filed through the Court's CM/ECF system on all parties having entered an appearance in this matter.

MAGINNIS HOWARD
*Counsel for Plaintiff*

/s/ *Karl S. Gwaltney*
KARL S. GWALTNEY
N.C. State Bar No. 45118
7706 Six Forks Road, Suite 101
Raleigh, North Carolina 27615
Telephone: 919-526-0450
Fax: 919-882-8763
kgwaltney@maginnishoward.com
**Local Civil Rule 83.1(d) Counsel for Plaintiff**
