# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| JOSEPH SAWYER, et al, <br> *Plaintiff* <br> v. <br> EASTERN RADIOLOGISTS, INC., <br> *Defendant* | ) <br> ) <br> ) Case No. 4:24-cv-58 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

EASTERN RADIOLOGISTS, INC.

Date: 04/09/2024

/s/ Candice A. Diah
*Attorney's signature*

Candice A. Diah, NC Bar No. 52109

O'Hagan Meyer LLC
301 S. McDowell St., Suite 707
Charlotte, NC 28204
*Address*

cdiah@ohaganmeyer.com
*E-mail address*

(704) 582-7900
*Telephone number*

(704) 582-7910
*FAX number*