IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 4:24-cv-58

| | |
|---|---|
| JOSEPH SAWYER, on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) EASTERN RADIOLOGISTS, INC. ) ) Defendant. ) | **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Joseph Sawyer, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, does hereby take a voluntary dismissal *without prejudice* of the above-entitled action.

This the 12th day of April, 2024.

        **MAGINNIS HOWARD**

BY:  /s/ *Karl S. Gwaltney*
      KARL S. GWALTNEY
      N.C. State Bar No. 45118
      7706 Six Forks Road, Suite 101
      Raleigh, North Carolina 27615
      Telephone: 919-526-0450
      Fax: 919-882-8763
      kgwaltney@maginnishoward.com

*Local Rule 83.1 Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2024, the foregoing **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was filed through the Court's CM/ECF system on all parties having entered an appearance in this matter.

**MAGINNIS HOWARD**

/s/ *Karl S. Gwaltney*
KARL S. GWALTNEY
N.C. State Bar No. 45118
7706 Six Forks Road, Suite 101
Raleigh, North Carolina 27615
Telephone: 919-526-0450
Fax: 919-882-8763
kgwaltney@maginnishoward.com

*Local Rule 83.1 Counsel for Plaintiff*